United States Courts
Southern District of Texas
FILED
DEC 11 2019
David J. Bradley, Clerk of Court

Judge Gilmore, 12/4/19
Greetings!
Ma'am sending you a copy of the letter I sent my lawyer yesterday. Excuse me today, I sent it to him today, I wrote it yesterday. I am reluctantly sending you this copy, and am not doing so to disclose strategy(ies) to the government! Can you seal it, etc.?
I'm having communication problems with my attorney, and I just wanted to put you on notice of them. By bringing this letter to your attention I have done so.

Thank you for your time and attention to this matter!
YAHWEH Be Magnified,
Sincerely,
R.A.T.
Raul Adame Trevino
#97160479
500 Hilbig Street
Conroe, TX 77301

1p. L.O.N.
4pp Enclosures
m/o 12/9/19