U.S. District Court Judge
Vanessa Gilmore
515 Rusk Street
Houston, Tx 77002

United States Courts
Southern District of Texas
FILED

JAN 2 1 2020

David J. Bradley, Clerk

1/14/20

Re: U.S. v. Raul Adame Trevino
    Case No. 4:19-cr-00635

Dear Judge,

    Greetings! This letter is to bring to your attention several Motions I am filing, Pro se. They are:

    1) Faretta v. California Motion;
    2) Motion For Appointment of Investigator;
    3) Request For Discovery of Evidence & Minutes of Grand Jury Proceedings; &
    4) Motion For Court's Assistance & Leave to file...

I've written your Case Manager specifically requesting that these 4 motions be set for a hearing. Please understand that I am requesting these hearing(s) be separate as provided for by law.

    Thank you for your time & attention to these matters!

                                        Yshweh Be Magnified,
                                        Sincerely,
                                        R/A----

1p. LD.N.                               Raul Adame Trevino, Pro se
W/o 1/16/20                             #97160479

Raul Adame Tresino
#97160479
500 Hillbig Street
Conroe, Tx 77301

THIS LEGAL MAIL HAS
NOT BEEN INSPECTED

United States Courts
Southern District of Texas
FILED

JAN 16 2020

By

Hasler
01/16/2020
US POSTAGE $000.50⁰

FIRST-CLASS MAIL

ZIP 77301
011E11680424

U.S. District Court Judge
Vanessa Gilmore
515 Rusk
Houston, Tx 77002