United States District Court
Southern District of Texas
**ENTERED**
November 17, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-19-635-2 |
| | § | |
| RAUL ADAME-TREVINO | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 138). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is granted. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | December 20, 2023 |
| Responses are to be filed by: | January 8, 2024 |
| Pretrial conference is reset to: | **January 16, 2024 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **January 22, 2024 at 9:00 a.m.** |

Parties are required to disclose expert witness information 45 days prior to the final pretrial conference.

SIGNED on November 17, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge